JOHN S. TUOMEY, Respondent, v. GEORGE S. ROTHENBERG et al., Appellants, et al., Defendants.—

Concur — Stevens, P. J., Capozzoli, McGivern, McNally and Tilzer, JJ.